PER CURIAM.
Affirmed. See Adams v. State, 76 So.3d 367, 367 (Fla. 3d DCA 2011) (holding that section 893.13, as amended by 893.101, Florida Statutes (2002), is constitutional; rejecting Shelton v. Secretary, Department of Corrections, 802 F.Supp.2d 1289, 1308 (M.D.Fla.2011), in which the federal court held that section 893.101 violates due process and is unconstitutional on its face); Little v. State, 77 So.3d 722, 722-23 (Fla. 3d DCA 2011); Ortega v. State, 76 So.3d 346 (Fla. 3d DCA 2011); see also State v. Adkins, 71 So.3d 184 (Fla. 2d DCA 2011), review granted, 71 So.3d 117 (Fla.2011).